1 JORGE V. ORTIZ (Full Name)
2 _____ (Email Address)
3 1601 W. 2ND. STREET (Address Line 1)
4 SANTA ANA, CA. 92703 (Address Line 2)
5 657-267-8079 (Phone Number)
6 PLAINTIFF in Pro Per
   (indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JORGE V. ORTIZ,

**PLAINTIFF,**

vs.

COUNTY OF ORANGE SOCIAL SERVICES AGENCY

**DEFENDANT(S).**

Case No.: 8:21cv1140-JWH-RAO
(To be supplied by the Clerk)

**COMPLAINT FOR:**

VIOLATION OF CONSTITUTIONAL RIGHTS. PURSUANT TO 42 U.S.C. §1983

**Jury Trial Demanded:** ☐ Yes  ☒ No

## I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. §1331. FEDERAL QUESTION JURISDICTION ARISES PURSUANT 42 U.S.C. §1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. §1391 BECAUSE THE EVENTS GIVING RISE TO THIS COMPLAINT HAPPENED IN THIS DISTRICT.

## III. PARTIES

3. Plaintiff's name is JORGE V. ORTIZ. Plaintiff resides at: 1601 W. 2ND. STREET, SANTA ANA, CA., 92703.

4. Defendant COUNTY OF ORANGE SOCIAL SERVICES AGENY IS LOCATED AT 2020 W. WALNUT ST., SANTA ANA, CA., 92703.

5. Defendant N/A

## IV. STATEMENT OF FACTS

5. ON SEPTEMBER 27, 2020 I APPLIED FOR GENERAL RELIEF FOR THE PERIOD OF 10/01/2020 THROUGH 3/30/2021, AND ON 3/30/2021 FOR THE PERIOD OF 04/01/2021 THROUGH 9/30/2021 TO THE COUNTY OF ORANGE SOCIAL SERVICES AGENCY. (COOSSA FROM NOW ON) COOSSA PROVIDED ME WITH A PACKETS OF FORMS FOR THAT PURPOSE WHICH I FULLY COMPLETED. BY DESIGN OF DEFENDANT COOSSA, THE APPLICATION HAD TO BE MAILED TO A POST OFFICE BOX IN ANAHIEM, CALIFORNIA.

6. DEFENDANT COOSSA IN MARCH OF 2020 CLOSED THE GENERAL RELIEF OFFICE IN SANTA ANA, CALIFORNIA, TO THE PUBLIC BECAUSE OF COVID-19.

7. ON 5/18/2021, I RECEIVED FROM DEFENDANT COOSSA, A NOTICE OF ACTION (ATTACHED HERIN AS EXHIBIT A, AND INCORPORATED HERIN BY THIS REFERENCE). IT STATES IN PART: "YOUR GENERAL RELIEF APPLICATION OF 3/30/2021 HAS BEEN DENIED... YOU FAILED TO COMPLETE THE APPLICATION PROCESS. YOU DID NOT COMPLETE THE INTAKE INTERVIEW."

3
Page Number

COMPLAINT

8. IN THE G.R. PACKET OF FORMS I RECEIVED FROM DEFENDANT COOSSA, THERE WAS NOTHING ABOUT AN INTAKE INTERVIEW TO COMPLETE THE APPLICATION PROCESS. FURTHERMORE, THERE WAS NO INFORMATION IN THE G.R. PACKET OF FORMS ABOUT THE APPLICANT HAVING TO TAKE AN INTAKE INTERVIEW TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF.

9. I WAS NEVER NOTIFIED BY DEFENDANT COOSSA ABOUT AN INTAKE INTERVIEW TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF; MOREOVER, DEFENDANT COOSSA NEVER SCHEDULED AN INTAKE INTERVIEW FOR ME TO TAKE, IN ORDER TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF.

10. DEFENDANT COOSSA, NEVER NOTIFIED ME OF DATE, TIME AND PLACE FOR ME TO DO AN INTAKE INTERVIEW TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF.

COMPLAINT

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(VIOLATION OF CIVIL RIGHTS: VIOLATION OF DUE PROCESS)
*insert title of cause of action*

(As against Defendant(s): COUNTY OF ORANGE SOCIAL SERVICES AGENCY)

11. (VIOLATION OF DUE PROCESS, 14TH. AMENDEMENT / 42 U.S.C. § 1983).

12. PLAINTIFF HEREBY INCORPORATES PARAGRAPHS 1 THROUGH 11 BY THIS REFERENCE.

13. THAT DEFENDANT BY FAILING TO INCLUDE INFORMATION IN THE G.R. PACKET OF FORMS, ABOUT AN INTAKE INTERVIEW TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF, VIOLATED PLAINTIFF'S DUE PROCESS UNDER THE 14TH. AMENDEMENT OF THE U.S. CONSTITUTION.

14. THAT BY DEFENDANT FAILING TO NOTIFY PLAINTIFF ABOUT AN INTAKE INTERVIEW WHICH WAS NECESSARY TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF, VIOLATED PLAINTIFF'S CONSTITUTIONAL RIGHTS OF DUE PROCESS UNDER THE 14TH. AMENDEMENT.

15. THAT DEFENDANT BY FAILING TO SCHEDULE AN INTAKE INTERVIEW FOR PLAINTIFF TO TAKE, WHICH WAS NECESSARY TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF, VIOLATED PLAINTIFF'S CONSTITUTIONAL RIGHTS OF DUE PROCESS UNDER THE 14TH. AMENDEMENT.

16. THAT BY DEFENDANT FAILING TO NOTIFY PLAINTIFF OF THE DATE, TIME AND PLACE FOR PLAINTIFF TO DO THE INTAKE INTERVIEW NECESSARY TO COMPLETE THE APPLICATION PROCESS FOR GENERAL RELIEF, VIOLATED PLAINTIFF'S CONSTITUTIONAL RIGHTS OF DUE PROCESS UNDER THE 14TH. AMENDEMENT.

COMPLAINT

17. BY DEFENDAN DOING AND FAILING TO DO THE ACTS DESCRIBED IN PARAGRAPHS 8 THROUGH 16, DEFENDANT CAUSED AND PERMITTED THE VIOLATION OF PLAINTIFF'S RIGHT TO DUE PROCESS GUARANTEED BY THE FOURTEENTH AMENDMENT, THEREBY ENTITLING TO RECOVER DAMAGES PURSUANT TO 42 U.S.C. §1983.

COMPLAINT

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

18. ACTUAL DAMAGES OF $4,260, GENERAL RELIEF PLAINTIFF DID NOT RECEIVE DURING THE PERIOD OF 10/01/2020 THROUGH 9/30/2021, ($355 PER MONTH)

19. COMPENSATORY DAMAGES OF $10,000 FOR THE GRIEF, STRESS, AND VIOLATION OF CONSTITUTIONAL RIGHTS SUFFERED BY PLAINTIFF.

20. ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §1988, IF THIS CASE IS TURNED OVER TO A CIVIL RIGHTS ATTORNEY OR THE A.C.L.U.

21. ANY FURTHER RELIEF WHICH THE COURT MAY DEEM APPROPRIATE.

Dated: JUNE 25, 2021
Sign: [signature]
Print Name: JORGE V. ORTIZ

8

Page Number
COMPLAINT

"EXHIBIT A"

RECEIVED 5/18/2021

**NOTICE OF ACTION**
General Relief Denial

**COUNTY OF ORANGE**

Social Services Agency

| | |
|---|---|
| Notice Date | : 04/12/2021 |
| Case Name | : Jorge Ortiz |
| Case Number | : B754581 |
| Worker Name | : M. Romero |
| Worker Number | : PGRQ |
| Telephone | : (714) 435-4635 |
| Worker Hours | : SSA, 7:00 AM - 5:00 PM |
| 24Hour Information | : (714) 541-4895 |
| Address | : PO BOX 25194 |
| | Santa Ana CA 92799-5194 |

Jorge Ortiz
1601 W 2nd ST
Santa Ana, CA 92703-3618

Questions? Ask your Worker.

**County Hearing:** If you think this action is wrong, you can ask for a hearing. The back of this page tells you how. Your benefits may not be changed if you ask for a hearing before this action takes place.

Your General Relief application of 03/30/2021 has been denied.

Here's why:

You failed to complete the application process.

You did not complete the Intake interview.

If you are being denied, discontinued or sanctioned for failure to comply with program requirements and you believe you have good cause for failing to comply, please call the number above and we will review your situation. Good cause could include the fact that you have a disability which prevented you from complying.

You may stop this action by contacting us immediately and complying with this program requirement before the end of the month.

For an explanation of your right to appeal, see the other side of this notice.

244 A GR Denial - Failed to Complete Application Process

Rules: These rules apply. You may review them at your welfare office: General Relief Regulation Section(s): 20.1, 20.5, 20.8

PAGE 1

JORGE V. ORTIZ
1601. W. 2ND. STREET
SANTA ANA, CA, 92703

Civil
int.

TO:
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
411 E. 4TH. STREET,
SANTA ANA, CA., 92701

RECEIVED
JUN 30 2021
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY