UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SACV 21-1140 JWH (RAO) | Date: | November 15, 2021 |
| Title: | Jorge V. Ortiz v. County of Orange Social Services Agency | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE**

Plaintiff Jorge V. Ortiz ("Plaintiff") filed the Complaint in this action on June 30, 2021. Dkt. No. 1. Plaintiff is proceeding pro se and *in forma pauperis*. Dkt. Nos. 1, 5. On July 13, 2021, the Court dismissed the Complaint with leave to amend. Dkt. No. 6. Plaintiff was directed to file a First Amended Complaint or Notice of Dismissal by August 12, 2021. *Id.*

On July 30, 2021, Plaintiff filed objections to the July 13, 2021 order dismissing the Complaint with leave to amend and a request for review. Dkt. No. 7. On October 4, 2021, the District Judge denied Plaintiff's request for review. Dkt. No. 8. The deadline for Plaintiff to file a First Amended Complaint was extended to October 25, 2021. *Id.*

To date, Plaintiff has not filed an amended complaint or any other response to the October 4, 2021 order. **Plaintiff is ordered to show cause, in writing, no later than <u>December 6, 2021</u>,** why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing a First Amended Complaint on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a response to this Order may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | dl |