JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE V. ORTIZ,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF ORANGE SOCIAL SERVICES AGENCY,<br><br>            Defendant. | Case No. SACV 21-01140 JWH (RAO)<br><br>JUDGMENT |

In accordance with the Order Dismissing Complaint issued concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint is **DISMISSED without prejudice**, and this action is **DISMISSED**.

**IT IS SO ORDERED.**

DATE: December 29, 2021

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE